# UNITED STATES DISTRICT COURT
## District of Minnesota

Acuity

                Plaintiff,

v.

Appliance Installers of Minnesota, Inc.

                Defendant.

**JUDGMENT BY DEFAULT**

Case Number:  19-cv-1824 (MJD/HB)

Affidavit of default, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty-one (21) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now, on request of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED, that the above-named plaintiff does have and recover of and from said defendant in the amount of One Hundred and Eight Thousand-Two Hundred and Thirty Four Dollars and Twenty Three Cents $108,234.23.

Date: November 21, 2019

KATE M. FOGARTY, CLERK

s/M. Brigan

(By)                 M. Brigan, Deputy Clerk